IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIEL VALDEZ, Individually and on
Behalf of Anthony Valdez; BEATRICE
VALDEZ; DANIEL VALDEZ JR.; VALERIE
VALDEZ; and VANESSA VALDEZ                                PLAINTIFFS

v.                          No. 4:23-cv-1205-DPM

RICHARD JAMES VOLZ and
HEAVENSENT FREIGHT, LLC                                   DEFENDANTS

ORDER

1. The Court notes the complaint. The Court has an independent obligation to make sure it has subject matter jurisdiction. The Valdezes must allege the residency of the members of Heavensent Freight, LLC. *Great River Entertainment, LLC v. Zurich American Insurance Co.*, 81 F.4th 1261, 1263 (8th Cir. 2023). Unless the Valdezes file a proposed amended complaint by 9 January 2024 clarifying the jurisdictional facts, the Court will dismiss this case for lack of subject matter jurisdiction.

2. The Court notes the embedded request for a temporary restraining order. The request is denied without prejudice. There must be a separate motion for injunctive relief. LOCAL RULE 7.2(e).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 December 2023