# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DANIEL VALDEZ, Individually and on
Behalf of Anthony Valdez; BEATRICE
VALDEZ; DANIEL VALDEZ JR.; VALERIE
VALDEZ; and VANESSA VALDEZ                  PLAINTIFFS

v.                  No. 4:23-cv-1205-DPM

RICHARD JAMES VOLZ and
HEAVENSENT FREIGHT, LLC                  DEFENDANTS

## ORDER

Amended complaint, *Doc. 3*, noted. The Valdezes have not removed the jurisdiction cloud by pleading the residency of Heavensent Freight, LLC's members. *Great River Entertainment, LLC v. Zurich American Insurance Co.*, 81 F.4th 1261, 1263 (8th Cir. 2023). The Court will not grant any injunctive relief unless and until subject matter jurisdiction is established. The Valdezes must act by 9 January 2024, as directed. *Doc. 2*.

Motion for a temporary restraining order and expedited hearing, *Doc. 4*, also noted. The motion is unverified. It mentions an affidavit, but none has been filed. The Valdezes have not yet provided an adequate basis for injunctive relief. And the Court prefers to act after hearing from both sides.

Therefore, the Valdezes must file another amended complaint, supplement their motion, and file proof of good service of all those documents and this Order. Service must be expedited. Thereafter, the Court will schedule a telephone hearing if one is needed.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2024