IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIEL VALDEZ, Individually and on
Behalf of Anthony Valdez;  BEATRICE
VALDEZ;  DANIEL VALDEZ JR.;  VALERIE
VALDEZ;  and VANESSA VALDEZ                                  PLAINTIFFS

v.                                   No. 4:23-cv-1205-DPM

RICHARD JAMES VOLZ and
HEAVENSENT FREIGHT, LLC                                     DEFENDANTS

### ORDER

Second amended complaint, *Doc. 6*, appreciated.  It eliminates the jurisdictional doubt.

Amended motion for a temporary restraining order, *Doc. 8*, noted. Original motion, *Doc. 4*, denied without prejudice as moot. Preservation of all the listed material is no doubt important;  but the Valdezes have not established that notice cannot be given or that it should not be required here.  And they haven't filed proof of good service.

The Court again directs expedited service of process and the amended TRO motion.  And the Court directs the defendants to respond to the motion within seven calendar days after service. Thereafter, the Court will rule or promptly hold a telephone hearing if needed.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

10 January 2024