IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIEL VALDEZ, Individually and on
Behalf of Anthony Valdez; BEATRICE
VALDEZ; VALERIE VALDEZ;
VANESSA VALDEZ; and DANIEL
VALDEZ, JR.                                                                                         PLAINTIFFS

v.                          No. 4:23-cv-1205-DPM

RICHARD JAMES VOLZ and
HEAVENSENT FREIGHT, LLC                                              DEFENDANTS

WESTERN EXPRESS, INC. and SUNZ
INSURANCE COMPANY                                                       INTERVENORS

ORDER

The Court appreciates the parties' answers to the Court's recent questions. And the Court appreciates the plaintiffs' clarification that, notwithstanding some ambiguity in the complaints to date, each individual is suing only for himself or herself. Motion to amend, *Doc. 49*, granted with directions. Arkansas law doesn't recognize a separate claim for gross negligence or negligence *per se*. There's just a claim for negligence. All parties now agree that the family members could not, and cannot, assert a survival claim. Ark. Code Ann. § 16-62-101(a)(1). Conforming amended complaint due by 28 March 2025. The petition to appoint a special administrator, *Doc. 43*, is denied as moot.

That leaves the subrogation issues. Unless Western Express and Sunz show good cause otherwise by 4 April 2025, the Court will dismiss their complaint in intervention because wrongful death benefits aren't reachable by subrogation. Ark. Code Ann. § 16-62-102.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 March 2025