IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIEL VALDEZ, Individually and on
Behalf of Anthony Valdez; BEATRICE
VALDEZ; VALERIE VALDEZ;
VANESSA VALDEZ; and DANIEL
VALDEZ, JR.                                                                PLAINTIFFS

v.                              No. 4:23-cv-1205-DPM

RICHARD JAMES VOLZ and
HEAVENSENT FREIGHT, LLC                                      DEFENDANTS

WESTERN EXPRESS, INC. and SUNZ
INSURANCE COMPANY                                                INTERVENORS

ORDER

The Court appreciates Western Express's and Sunz's helpful response. They're correct: the Valdez family members did not file a conforming complaint. The third amended complaint seeks many kinds of damages that aren't available in wrongful death cases. Pursuant to the governing statute, each family member may be entitled to:

- Pecuniary injuries, such as money, goods, and services that Anthony would have contributed to that family member had he lived; and
- Mental anguish resulting from Anthony's death.

Ark. Code Ann. § 16-62-102(f); Ark. Model Jury Instructions, Civil AMI 2216.

All claims for damages made in the amended complaint, other than for these damages, are stricken. There is no legal basis for the Valdez family to recover them. Fed. R. Civ. P. 12(f); *Donelson v. Ameriprise Financial Services, Inc.*, 999 F.3d 1080, 1092 (8th Cir. 2021). The Court intends to dismiss the complaint in intervention without prejudice, so that the intervenors may pursue their subrogation claim elsewhere, after 30 April 2025 unless Western Express and Sunz file further objections by that date. By separate notice, the Court will set an apportionment hearing to receive in-person testimony and other proof.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 April 2025