IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIEL VALDEZ, Individually and on
Behalf of Anthony Valdez; BEATRICE
VALDEZ; VALERIE VALDEZ;
VANESSA VALDEZ; and DANIEL
VALDEZ, JR.                                                                                    PLAINTIFFS

v.                                 No. 4:23-cv-1205-DPM

RICHARD JAMES VOLZ and
HEAVENSENT FREIGHT, LLC                                                      DEFENDANTS

### ORDER

Motion, *Doc. 61*, denied with a caveat and a direction. An in-person hearing will best enable the Court to take evidence and make the apportionment required by Ark. Code. Ann § 16-62-102(g). 17 September 2025 is the earliest hearing date currently available. If another date opens, the Court will offer it. Proposed apportionment, supported by a summary explanation, due by 2 July 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2025