## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DANIEL VALDEZ, Individually and on Behalf of Anthony Valdez;  BEATRICE VALDEZ;  VALERIE VALDEZ; VANESSA VALDEZ;  and DANIEL VALDEZ, JR.**                                   **PLAINTIFFS**

**v.**                   **No. 4:23-cv-1205-DPM**

**RICHARD JAMES VOLZ and HEAVENSENT FREIGHT, LLC**                   **DEFENDANTS**

**WESTERN EXPRESS, INC. and SUNZ INSURANCE COMPANY**                   **INTERVENORS**

## JUDGMENT

1.  Settlement between the Valdez family members and Richard James Volz and Heavensent Freight, LLC and proposed distribution approved.  Daniel Valdez, Beatrice Valdez, Valerie Valdez, Vanessa Valdez, and Daniel Valdez, Jr. shall each receive twenty percent of the total settlement amount, less deductions based on their contracts with counsel.  Ark. Code Ann. § 16-62-102(g).

2.  The Valdez family members' third amended complaint is dismissed with prejudice.

**3.** Western Express's and Sunz Insurance Company's amended complaint in intervention is dismissed with prejudice based on the family members' settlement with those companies.

**4.** The Court retains jurisdiction until 31 December 2025 to enforce the settlement agreements.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 October 2025